IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBY CLEVENGER, et al., | ) |
| Plaintiffs, | ) |
| vs. | )   8:08CV106 |
| GLOBAL INDUSTRIES, INC., | )   ORDER |
| Defendant. | ) |

This matter is before the court on the plaintiffs' unopposed motion for an enlargement of time and for an amended progression order (Filing No. 32).  Upon consideration,

**IT IS ORDERED:**

1.    The plaintiffs' motion for an enlargement of time and for an amended progression order (Filing No. 32) is granted and all future deadlines are suspended pending the planning conference set forth below.

2.    The **telephone** planning conference with the undersigned magistrate judge is rescheduled for **December 12, 2008, at 11:00 a.m. Central Standard Time**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 1st day of October, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge