# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY CLEVENGER and SUSAN CLEVENGER, | ) ) ) | |
| Plaintiffs, | ) ) ) | 8:08CV106 |
| v. | ) ) | ORDER |
| GLOBAL INDUSTRIES INC., | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on July 22, 2009, by William E. Gast, counsel for the plaintiffs,

**IT IS ORDERED that:**

1. **On or before August 21, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The settlement conference and pretrial conference previously scheduled for July 24, 2009, is cancelled upon the representation that this case is settled.

DATED this 22nd day of July, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge