UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY CLEVENGER AND SUSAN CLEVENGER, husband and wife, | ) ) ) | CASE NO. 8:08 CV 106 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER FOR DISMISSAL WITH PREJUDICE |
| GLOBAL INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER came on to be heard upon the stipulation of the parties hereto that the above-captioned action be dismissed with prejudice to a new action, each party to pay their own costs, and complete record waived.

The court, being fully advised in the premises, finds that such an order should be entered.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed, with prejudice to a new action, each party to pay their own costs and complete record waived.

DATED this 10th day of September 2009.

BY THE COURT:

_____
CHIEF JUDGE JOSEPH F. BATAILLON

PREPARED & SUBMITTED BY:

William R. Settles, #19879
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Telephone: (402) 397-7300
Telefax: (402) 397-7824
wrs@ldmlaw.com
*ATTORNEYS FOR DEFENDANT GLOBAL INDUSTRIES, INC.*